ARCO AUTO CARRIERS, INC., ET AL. *v*. ARKANSAS
EX REL. BENNETT, ATTORNEY GENERAL.

No. 785.   Decided April 17, 1961.

*George S. Dixon* and *Louis Tarlowski* for appellants.

*J. Frank Holt,* Attorney General of Arkansas, and *Bruce T. Bullion,* Special Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.